For the Eastern District of Pennsylvania

In re:  
BRENDA C  PASKEL

Debtor(s)

Bky. No.  1118252

Chapter 13  
06/14/12  
at  09:30 AM  
nix3 – Courtroom #3  
900 Market Street, 2nd Floor  
Philadelphia, Pa. 19107

CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL

AND NOW, comes William C. Miller, Esquire, Chapter 13 Standing Trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1).

The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in court on the date scheduled for the hearing or continued hearing.

WHEREFORE, William C. Miller, Esquire, Chapter 13 Standing Trustee respectfully requests that the Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

Respectfully submitted,

/S/  William C. Miller  
_____  
William C. Miller, Esquire  
Chapter 13 Standing Trustee