United States Bankruptcy Court
For the Eastern District of Pennsylvania

In re:                                          Chapter 13
BRENDA C  PASKEL

Debtor(s)                                       Bankruptcy No.  1118252

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this 30 day of August, 2012 upon consideration of the Motion to Dismiss filed by William C. Miller, Standing Trustee, this case is dismissed, and it is further ORDERED, that RICHARD F. WEINSTEIN                counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby VACATED.

_____
Hon. Jean K. FitzSimon
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia PA 19106-0119


Counsel for Debtor(s)

RICHARD F.  WEINSTEIN
9 E. ATHENS AVENUE
SUITE 9-D
ARDMORE   PA   19003-2219



Debtor(s)

BRENDA C   PASKEL


403 W. LINFIELD TRAPPE RD
ROYERSFORD   PA   19468